UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
UNITED STATES OF AMERICA              :
                                      :    AMENDED PRELIMINARY
           - v. -                     :    ORDER OF FORFEITURE AS TO
                                      :    <u>CERTAIN SPECIFIC PROPERTY</u>
LAWRENCE LESTER,                      :
                                      :    S1 16 Cr. 800 (PGG)
           Defendant.                 :
                                      :
------------------------------------- x

        WHEREAS, on or about August 31, 2017, LAWRENCE LESTER (the "Defendant"), was charged in five counts of a twelve-count Superseding Indictment, S1 16 Cr. 800 (PGG) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Counts One and Three); wire fraud, in violation of Title 18, United States Code, Section 1343 and 2 (Counts Two and Four); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(c)(5) and 2 (Count Seven);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

        WHEREAS, on or about April 13, 2018, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from

proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment;

WHEREAS, on or about September 6, 2018, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture")(D.E. 228) forfeiting all of Defendant's right, title and interest in, *inter alia*, the following as proceeds of the offense charged in Count One of the Indictment:

    a.    Any and all funds on deposit in Account Number xxxxxx5673 held in the name of Kingdom Trust, LLC at Bank of America, N.A. (the "Kingdom Trust Account");

WHEREAS, the Kingdom Trust Account was incorrectly described and the account number and should have been described as follows:

    a.    Any and all funds on deposit in Account Number xxxxxx3499 held in the name of Kingdom Trust, LLC at Bank of America, N.A (the "Corrected Kingdom Trust Account");

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Corrected Kingdom Trust Account to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1.    As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Corrected Kingdom Trust Account is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Upon entry of this Amended Preliminary Order of Forfeiture as to Certain Specific Property, the United States (or its designee) is hereby authorized to take possession of the Corrected Kingdom Trust Account and to hold such property in its secure custody and control.

3. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Corrected Kingdom Trust Account must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

4. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Corrected Kingdom Trust Account, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Corrected Kingdom Trust Account, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Corrected Kingdom Trust Account, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

5.    Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

6.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Corrected Kingdom Trust Account pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. The Corrected Kingdom Trust Account once forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Defendant's outstanding forfeiture money judgment.

7.    The Court shall retain jurisdiction to enforce this Amended Preliminary Order of Forfeiture as to Certain Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The Preliminary Order of Forfeiture is to be amended only as to Correct Kingdom Trust Account, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein.

Dated: New York, New York
          November 22, 2024

SO ORDERED:

*Paul A Sandephe*
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE