UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
      :
UNITED STATES OF AMERICA     :
      :
     -v.-     :   **FINAL ORDER OF FORFEITURE**
      :
LAWRENCE LESTER,     :   S1 16 Cr. 800 (PGG)
      :
     Defendant.     :
      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 14, 2018, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "First Order of Forfeiture") (D.E. 228) with respect to LAWRENCE LESTER (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following:

    a.    Any and all funds on deposit in Account Number xxxxxx5801 held in the name of Decagon Company, Ltd. at Bank of America, N.A. (the "5801 Account");

    b.    Any and all funds on deposit in Account Number xxxxxx8017 held in the name of Kingdom Trust, LLC at Bank of America, N.A. (the "8017 Account");

    c.    Any and all funds on deposit in Account Number xxxxxx5673 held in the name of Decagon Company, Ltd. at Bank of America, N.A. (the "5673 Account"); and

    d.    Any and all funds on deposit in Account Number xxxxxx5673 held in the name of Kingdom Trust, LLC at Bank of America, N.A. ("Kingdom Trust Account");

(a. through d., collectively, the "BOA Accounts");

WHEREAS on or about November 22, 2024, the Court entered an Amended Preliminary Order of Forfeiture as to Certain Specific Property (the "Amended Property") (D.E. 323), correcting the description of the Kingdom Trust Account to the following:

      a.   any and all funds on deposit in Account Number xxxxxx3499 held in the name of Kingdom Trust, LLC at Bank of America, N.A. (the "Corrected Kingdom Trust Account" together with the BOA Accounts, the "Subject Property").

WHEREAS, the Government seized the following property from the Subject Property:

    a.      $27,327.79 in United States currency from 5801 Account;

    b.      $3,661.96 in United States currency from 5673 Account;

    c.      $8,268.20 in United States currency from the 8017 Account; and

    d.      $1,080.17 in United States currency from the Corrected Kingdom Trust Account;

(a. through d., collectively, the "Forfeitable Property").

WHEREAS, the Preliminary Orders of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Orders of Forfeiture, notice of the United States' intent to dispose of the Forfeitable Property, and the requirement that any person asserting a legal interest in the Forfeitable Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeitable Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeitable Property before the United States can have clear title to the Forfeitable Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the BOA Accounts was posted on an official government internet site (www.forfeiture.gov) beginning on September 17, 2024 for thirty (30) consecutive days, through October 16, 2024 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 29, 2025 (D.E. 326);

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Corrected Kingdom Trust Account was posted on an official government internet site (www.forfeiture.gov) beginning on December 3, 2024 for thirty (30) consecutive days, through January 1, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 29, 2025 (D.E. 327);

WHEREAS, thirty (30) days have expired since final publication of the Notices of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeitable Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeitable Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
October 30, 2025

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE